IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AXIS SURPLUS INSURANCE CO., )<br>)<br>      Plaintiffs,  )<br>)<br>v.  )<br>)<br>LAKE CDA DEVELOPMENT LLC, )<br>and PANCO TERRACES, INC.,  )<br>)<br>      Defendant.  )<br>_____) | Case No. CV-07-505-E-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered in favor Plaintiff and that this case be DISMISSED IN ITS ENTIRETY.

DATED: **September 10, 2008**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**